# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JUSTIN H. JENNINGS,**
**ADC #109702**                                                                    **PLAINTIFF**

v.                           No. 1:12-cv-137-DPM-JTK

**DR. DOE, et al.**                                                                **DEFENDANTS**

## ORDER

Jennings has not objected to Magistrate Judge Jerome T. Kearney's recommendation, *Document No. 4*, that his complaint be dismissed for failure to state a claim upon which relief may be granted. As Judge Kearney also noted, Jennings did not comply with the 10 January 2013 Order requiring Jennings to supplement his complaint with specific allegations of misconduct. And it appears from the docket that Jennings has not complied with his obligation under Local Rule 5.5(c)(2) to ensure the Court has a current address for him. Reviewing Judge Kearney's recommendation for legal error and clear factual error on the face of the record, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes), the Court adopts the recommendation as its own opinion, with one change: Jennings's complaint is dismissed without prejudice. A strike is assessed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 March 2013