# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JUSTIN H. JENNINGS,**
**ADC #109702**                                                             **PLAINTIFF**


v.                                  **No. 1:12-cv-137-DPM-JTK**

**DR. DOE, et al.**                                                        **DEFENDANTS**

## ORDER

Jennings has not objected to Magistrate Judge Jerome T. Kearney's

recommendation, *Document No. 4*, that his complaint be dismissed for failure

to state a claim upon which relief may be granted.  As Judge Kearney also

noted, Jennings did not comply with the 10 January 2013 Order  requiring

Jennings to supplement his complaint with specific allegations of misconduct.

And it appears from the docket that Jennings has not complied with his

obligation under Local Rule 5.5(c)(2) to ensure the Court has a current address

for him.   Reviewing Judge Kearney's recommendation for legal error and

clear factual error on the face of the record, FED. R. CIV. P. 72(b) (1983 addition

to Advisory Committee notes), the Court adopts the recommendation as its

own opinion, with one change:  Jennings's complaint is dismissed without

prejudice.  A strike is assessed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

12 March 2013