IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUSTIN H. JENNINGS,
ADC #109702                                                               PLAINTIFF

v.                          No. 1:12-cv-137-DPM

DR. DOE, et al.                                                          DEFENDANTS

JUDGMENT

Jennings's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

*[signature]*

D.P. Marshall Jr.
United States District Judge

12 March 2013